UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                    DECISION AND ORDER

                                                    05-CR-6108L

            v.

ANDRE HEMINGWAY,

                              Defendant.
_____


        Defendant pleaded guilty on May 3, 2007 and sentencing is currently scheduled for August

14, 2007.   Pursuant to the plea agreement, defendant is to receive a sentence of 121 months

imprisonment pursuant to FED. R. CRIM. P. 11(e)(1)(C).

        At the time of the plea, Hemingway requested release pending sentence or a furlough.  The

motion is denied.

        Hemingway was previously released but because of several violations, a petition to revoke

his release was filed and the defendant did not contest it.  Because of the nature of the violations,

and the nature of the crime and the lengthy sentence, defendant's motion for a furlough is denied.

        IT IS SO ORDERED.


                                        _____
                                                    DAVID G. LARIMER
                                              United States District Judge


Dated:  Rochester, New York
            May 23, 2007.