UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

vs

ANDRE HEMINGWAY

          Defendant.

ORDER

6:05-CR-6108 (2)

    The sum of $2,500.00 was deposited in the Registry of this Court on March 29, 2006 by Lue E. Hemingway, the Surety herein, to secure the appearance of Andre Hemingway, the Defendant herein, before this Court and to answer to charges pending against him.

    On May 3, 2007, before the Hon. David G. Larimer, the Defendant pled guilty and on January 24, 2008 was sentenced to the custody of the Bureau of Prisons for a period of 120 months, followed by 5 years supervised release. The Defendant was also ordered to pay a $100.00 special penalty assessment in addition to a $500.00 fine which have not yet been paid.

    N O W, upon verbal request and tender of this Court's original receipt number 600-68986 from Lue E. Hemingway, the Surety herein, requesting refund of said cash bail, it is

    O R D E R E D, that the Clerk of the Court is hereby directed to issue a U.S. Treasury check in the amount of $2,500.00 made payable to Lue E. Hemingway representing the refund of said cash bail.

                                      HON. DAVID G. LARIMER
                                      UNITED STATES DISTRICT JUDGE

Dated:    January 29, 2008
            Rochester, New York